# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Brenda S. Lee,

    Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   3:05cv443

JoAnne B. Barnhart, Comm. Of Social Security Adm.,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5th Order.

Signed: July 5, 2007

Frank G. Johns, Clerk
United States District Court